IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:08CR177 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| DAVID D. JOHNSON, | ) ) | |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Amend Terms and Conditions of Release (Filing No. 16). Upon consideration of the matter;

IT IS ORDERED:

1. The Order Setting Conditions of Release (Filing No. 11) is amended as follows: The defendant may have contact with Nameeka Lee for the purpose of arranging and implementing visitation of the couple's minor child.

2. That the defendant will abide by all the terms and conditions of his pretrial release previously imposed.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE