IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America | } | 8:08CR177 |
| | } | |
| v. | } | ORDER |
| | } | |
| David D. Johnson | } | |

Before the Court is defendant's Motion to Dismiss (Filing No. 83). After reviewing the matter, the Court will grant the motion. Therefore, the defendant's Motion to Vacate under 28 U.S.C. 2255 (Filing No. 68) is hereby DISMISSED.

DATED this 17th day of June, 2010

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge